# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| | ) | |
| Plaintiff, | ) | Case No:          23-cr-160 (28) (NEB/JFD) |
| | ) | Date:               March 4, 2025 |
| v. | ) | Courthouse:      Minneapolis |
| | ) | Courtroom:       13W |
| DEANDRAE POE, | ) | Court Reporter:  Paula Richter |
| | ) | Time Commenced: 4:30 p.m. |
| | ) | Time Concluded:  5:25 p.m. |
| Defendant. | ) | Time in Court:    55 minutes |
| | ) | |

Before Nancy E. Brasel, United States District Judge

APPEARANCES:

  For Plaintiff:      Albania Concepcion, Assistant U.S. Attorney
  For Defendant:   Doug Olson, CJA Appointed Attorney

☒ **Sentencing.**

**IT IS ORDERED:**
**Defendant is sentenced to:**

| Count Nos. | Guilty Plea | BOP | SR |
|---|---|---|---|
| 1s | X | 168 months | 4 years |

☒ Special conditions of: **See J&C for special condition.**
☒ Special assessment in the amount of $100.00 due immediately
☒ Count 3s of Second Superseding Indictment is dismissed on motion by the Government.
☒ The sealed and restricted filings at  ECF Nos. 1660, 1661, 1715, and 1728, shall remain restricted or sealed for 15 years until 3/4/40.
☒ Defendant is remanded to the custody of the USM.

Date: March 4, 2025

s/Kristine Wegner
Courtroom Deputy to Judge Nancy E. Brasel